KUHN, APPELLANT, *v.* INTERSTATE MOTOR FREIGHT SYSTEM; INS. CO. OF N. AMERICA, SURETY, APPELLEE; MAYFIELD, ADMR., APPELLANT.

[Cite as Kuhn *v.* Interstate Motor Freight System (1987), 31 Ohio St. 3d 159.]

(No. 86-587—Decided July 1, 1987.)

*John R. Polofka,* for appellant Gary Kuhn.

*Bugbee & Conkle, Gregory B. Denny* and *Robert L. Solt III,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, *Charles E. Bloom* and *Michael L. Squillace,* for appellant Mayfield, Admr.

The judgment of the court of appeals in case No. L-85-212 is hereby af-

firmed on authority of *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St. 3d 152, 31 OBR 318, 509 N.E. 2d 938, decided this date.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.

LOCHER and DOUGLAS, JJ., dissent.

LOCHER, J., dissenting. I respectfully dissent for the reasons expressed in my dissent in *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St. 3d 152, 31 OBR 318, 509 N.E. 2d 938.

DOUGLAS, J., concurs in the foregoing dissenting opinion.